Midland Sporting Goods Company, Inc., Appellee, v. John B. Ferguson, Phil Teitelbaum, and Voedisch Bros., Inc., Defendants Below.
On Appeal of Voedisch Bros., Inc., Appellant.

Gen. No. 47,746. 

First District, Second Division.
May 3, 1960.

 Morris Gordon Meyers, Jonas Meyers, and Ernst Liebman, of Chicago (Samuel S. Cohon, of counsel) for defendant-appellant; Irving Goodman and Harry Hoffman, of Chicago for appellee. Opinion by JUSTICE KILEY. Not to be published in full.